O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHEROD M. SPENCER, ) | Case No. CV 10-00646-GAF (MLG) |
| Petitioner, ) | ORDER DENYING MOTION AND |
| v. ) | DISMISSING ACTION WITHOUT |
| WARDEN, ) | PREJUDICE |
| Respondent. ) | |

Sherod Spencer, a California state prisoner, has filed a document with the Court requesting information as to whether he is entitled to equitable tolling of the limitations period on a not-yet-filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court will construe the pleading as a motion. Petitioner recognizes that the one-year time limit under 28 U.S.C. § 2244(d)(1) for filing a petition may have expired, and he is seeking a declaration of his entitlement to equitable tolling, claiming a lack of access to his legal documents. For the reasons stated below, the motion is denied and this matter is dismissed without prejudice.

//

//

1 The Constitution's "case or controversy" jurisdictional
2 requirement precludes the granting of an advisory opinion, like that
3 requested by Petitioner, because there are no adverse parties before
4 the Court and there is no concrete dispute for this Court to decide.
5 *See Valley Forge Christian Coll. v. Americans United for Separation*
6 *of Church and State, Inc.,* 454 U.S. 464, 471 (1982); *Chairez v.*
7 Adams, 2007 WL 1703750 (N.D. Cal. 2007)("In the absence of an actual
8 petition for a writ of habeas corpus or other civil complaint, there
9 is no case or controversy for this Court to adjudicate."); *In re*
10 *Brockett*, 2006 WL 1329675 (N.D. Cal. 2006); *see also United States*
11 *v. Leon*, 203 F.3d 162, 164 (2d Cir. 2000)(holding that a federal
12 court lacks jurisdiction to consider the timeliness of a § 2255
13 petition until a petition actually is filed); *United States v.*
14 *Clarke*, 1998 WL 91069, at *1 (D. Conn. 1998)(denying request for
15 extension of limitations period to file § 2255 motion); *Application*
16 *of Wattanasiri*, 982 F. Supp. 955, 958 (S.D.N.Y. 1997)(same).

17 Petitioner must file a habeas corpus petition in this Court
18 before the Court may act upon either his substantive claims or on any
19 claim that he might be entitled to equitable tolling should the
20 filing be untimely. The Court simply does not have jurisdiction to
21 give an advisory opinion as to Petitioner's entitlement to equitable
22 tolling.
23 //
24 //
25 //
26 //
27 //
28 //

For the foregoing reason, the motion is DENIED and this action is dismissed without prejudice.

Dated: February 4, 2010

_____
Gary A. Feess
United States District Judge

Presented By:

_____
Marc L. Goldman
United States Magistrate Judge