**JS-6 / ENTER**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHEROD M. SPENCER,<br>    Petitioner,<br>    v.<br>WARDEN,<br>    Respondent. | Case No.  CV 10-00646-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: February 4, 2010

_____
Gary A. Feess
United States District Judge